IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

A B D O   A L R A D A I
COUNTER-DEFENDANT

v.                                                                 CIVIL ACTION NO. 5:06cv66DCB-JMR

RIVERHILLS BANK                                                    COUNTER-PLAINTIFF

**AGREED ORDER
GRANTING EXTENSION OF TIME TO
SERVE REBUTTAL IN SUPPORT OF RIVERHILLS BANK'S
MOTION FOR SUMMARY JUDGMENT ON RIVERHILLS BANK'S
COUNTERCLAIM AND
<u>MOTION FOR ATTORNEYS' FEES</u>**

CAME ON FOR HEARING the joint *ore tenus* motion of Counter-Plaintiff RiverHills Bank ("RHB") and Counter-Defendant Adbo Alradai ("Alradai") to grant RHB an extension of time to serve its rebuttal and rebuttal memorandum in support of its: (1) Motion for Summary Judgment on RHB's Counterclaim, (03/30/07 Mtn. Smy. Jdg., docket no. 43); and (2) Motion for Attorneys' Fees Pursuant to Mississippi Litigation Accountability Act, (04/03/07 Mtn. for Attys. Fees, docket no. 47.)  Considering that this is an Agreed Order, this Court FINDS the relief jointly requested by the Parties to be well-taken.

WHEREFORE, IT IS HEREBY ORDERED that RHB shall serve its rebuttal and rebuttal memorandum in support of its: (1) Motion for Summary Judgment on RHB's Counterclaim, (03/30/07 Mtn. Smy. Jdg., docket no. 43); and (2) Motion for Attorneys' Fees Pursuant to Mississippi Litigation Accountability Act, (04/03/07 Mtn. for Attys. Fees, docket no. 47), no later than Friday, June 8, 2007.

SO ORDERED, this the  31st  day of May, 2007.

                                                    s/ David Bramlette
                                                   UNITED STATES DISTRICT JUDGE

1

AGREED:

s/E. Barney Robinson III (MSB #09432)

E. Barney Robinson III (MSB #09432)

Benjamin M. Watson (MSB #100078)

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC

17th Floor, AmSouth Plaza

Post Office Box 22567

Jackson, Mississippi 39225-2567

(P)(601) 948-5711

(F)(601) 985-4500

(E) barney.robinson@butlersnow.com

ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF RIVERHILLS BANK

s/Johnnie McDaniels, Esquire (MSB #99420)

Johnnie McDaniels, Esquire (MSB #99420)

McDaniels Law Offices, PLLC

Post Office Box 127

Port Gibson, MS  39150

(E) jmcdaniels@jam.rr.com

ATTORNEY FOR PLAINTIFF/COUNTER-DEFENDANT ABDO ALRADAI

Jackson 2105448v.1