IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ABDO ALRADAI
COUNTER-DEFENDANT

v.                                         CIVIL ACTION NO. 5:06cv66DCB-JMR

RIVERHILLS BANK                                         COUNTER-PLAINTIFF

**AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE**

CAME ON FOR HEARING the joint *ore tenus* motion of Counter-Plaintiff RiverHills Bank ("RHB") and Counter-Defendant Adbo Alradai ("Alradai") for entry of an Agreed Final Judgment of Dismissal With Prejudice, of all claims and counterclaims in this Action. Considering that this is an Agreed Judgment, this Court FINDS the relief jointly requested by the Parties to be well-taken.

WHEREFORE, IT IS HEREBY FINALLY ADJUDGED THAT:

(1) All claims and counterclaims asserted by any Party in this Action are DISMISSED with prejudice;

(2) The entirety of this Action is finally DISMISSED WITH PREJUDICE; and

(3) Each Party herein shall bear his or its' own costs, expenses and attorneys' fees.

SO ORDERED, this the 4th day of September, 2007.

     s/ David Bramlette
UNITED STATES DISTRICT JUDGE

2

AGREED:


s/E. Barney Robinson III (MSB #09432)
E. Barney Robinson III (MSB #09432)
Benjamin M. Watson (MSB #100078)
BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, AmSouth Plaza
Post Office Box 22567
Jackson, Mississippi 39225-2567
(P)(601) 948-5711
(F)(601) 985-4500
(E) barney.robinson@butlersnow.com

ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF RIVERHILLS BANK


s/Johnnie McDaniels, Esquire (MSB #99420)
Johnnie McDaniels, Esquire (MSB #99420)
McDaniels Law Offices, PLLC
Post Office Box 127
Port Gibson, MS  39150
(E) jmcdaniels@jam.rr.com
(E) jmcdaniels@city.jackson.ms.us

ATTORNEY FOR PLAINTIFF/COUNTER-DEFENDANT ABDO ALRADAI